IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DOUGLAS EUGENE CAUSEY**                                                                 **PLAINTIFF**

**v.**                         **CASE NO. 3:20-CV-00047-BSM-PSH**

**GREENE COUNTY DETENTION FACILITY**                                    **DEFENDANT**

## ORDER

The complaint [Doc. No. 1] is dismissed without prejudice because Douglas Causey failed to pay the full filing fee or apply to proceed *in forma pauperis*. Doc. No. 2. It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 8th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE