IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DOUGLAS EUGENE CAUSEY**                                                               **PLAINTIFF**

**v.**                           **CASE NO. 3:20-CV-00047-BSM-PSH**

**GREENE COUNTY DETENTION FACILITY**                                     **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE